■ In the Matter of JULIAN M. GOLDSTEIN, Admitted as JULIAN MORTON GOLDSTEIN, an Attorney. — Motion for a stay denied. Concur — Murphy, P. J., Sullivan, Ross, Silverman and Bloom, JJ. [95 AD2d 567.]

■ In the Matter of HARVEY GITTER, for Reinstatement. — Motion for reinstatement as an attorney and counselor at law in the State of New York granted only to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department for a report to this court as to whether the present application will be opposed and to present any additional relevant factors for our consideration. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Fein, JJ.